IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAVID WHITE** | : CIVIL ACTION |
| | : |
| v. | : |
| | : NO. 14-7045 |
| **CORPORAL MICHAELANN** | : |
| **ANDRUSIAK, et al.** | : |

## ORDER

**AND NOW**, this 19th day of August 2015, upon consideration of Defendants Michaelann Andrusiak and Newton Condict's Motion for Summary Judgment (ECF Doc. No. 47), County of Delaware, Louis Grandizio, John Kelly, Detective Mark Bucci and Agent Keith Taylor's Motion for Summary Judgment (ECF Doc. No. 52), Plaintiff White's Responses (ECF Doc. Nos. 54, 55, 56), and Delaware County Defendants' Reply (ECF Doc. No. 58), it is **ORDERED** Defendants' Motions (ECF Doc. Nos. 47, 52) are **GRANTED**. We decline to exercise supplemental jurisdiction over the remaining state law claim of intentional infliction of emotional distress.

This case is dismissed and the Clerk of Court shall close this matter.

_____
KEARNEY, J.